# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cv-00213 AWI GSA |
| Petitioner, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Document 10) |
| v. | **ORDER GRANTING PETITION TO ENFORCE SUMMONS** (Document 1) |
| SONIA GOMEZ, | |
| Respondent. | **ORDER THAT RESPONDENT APPEAR ON JUNE 22, 2011, AND IF NECESSARY ON JUNE 24, 2011, AND TO PROVIDE TESTIMONY AND PRODUCE DOCUMENTS FOR EXAMINATION** |

Petitioners are proceeding with a civil action in this Court. The matter was referred to the Magistrate Judge pursuant to Title 28 of the United States Code section 636(b) and Local Rules 302 and 303.

On May 27, 2011, the Magistrate Judge filed Findings and Recommendations regarding the petition to enforce the Internal Revenue Service summons which were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed within three (3) days of service of the findings, as specifically agreed to by the parties. To date, no objections to the Magistrate Judge's Findings and Recommendations have been filed.

1

In accordance with the provisions of Title 28 of the United States Code section 636(b), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 27, 2011, are ADOPTED IN FULL;
2. Petitioners' petition to enforce the IRS summons is GRANTED; and
3. Respondent shall appear before Revenue Officer Ramos on June 22, 2011 at 9:00 a.m., at the Internal Revenue Service office located at 2525 Capitol Street, Suite 206, Fresno, California 93721, to provide testimony, and bring with her and produce for examination documents in obedience to the summons that issued on January 6, 2010. Further, if necessary, Respondent shall also appear before Revenue Officer Ramos on June 24, 2011, at 2:00 p.m. at the same location.

IT IS SO ORDERED.

Dated:   June 6, 2011

CHIEF UNITED STATES DISTRICT JUDGE