1  BENJAMIN B. WAGNER
   United States Attorney
2  GLEN F. DORGAN (SBN 160502)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Petitioner United States of America

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,          )  Case No. 1:11-cv-00213-AWI-GSA
                                       )
12 |             Petitioner,             )
                                       )  **PETITIONER'S NOTICE OF**
13 |     v.                             )  **COMPLIANCE AND SUGGESTION**
                                       )  **TO CLOSE FILE**
14 |                                    )
   | SONIA GOMEZ,                      )
15 |                                    )
   |             Respondent.            )
16 |                                    )

17     TO THIS HONORABLE COURT:

18     PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently

19 complied with the summons at issue in the above-captioned tax summons enforcement

20 proceeding. Accordingly, the case can and should be closed.

21 DATED: September 15, 2011                    Respectfully submitted,

22                                              BENJAMIN B. WAGNER
                                                United States Attorney
23
                                         By:    /s/ Glen F. Dorgan
24                                              GLEN F. DORGAN
                                                Assistant United States Attorney
25
                                                Attorneys for Petitioner
26                                              United States of America

27

28

1

PETITIONER'S NOTICE OF COMPLIANCE AND SUGGESTION TO CLOSE FILE

1  ORDER

2  Based upon Petitioner's statement that Respondent has sufficiently complied, this case is
3  hereby closed.
4  IT IS SO ORDERED.

6  DATED: Sept. 28, 2011

ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE