```
BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Petitioner United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cv-00213-AWI-GSA |
| Petitioner, | |
| v. | **PETITIONER'S NOTICE OF COMPLIANCE AND SUGGESTION TO CLOSE FILE** |
| SONIA GOMEZ, | |
| Respondent. | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons at issue in the above-captioned tax summons enforcement proceeding. Accordingly, the case can and should be closed.

DATED: September 28, 2011                    Respectfully submitted,

                                                      BENJAMIN B. WAGNER
                                                    United States Attorney

By:  */s/ Glen F. Dorgan*
      GLEN F. DORGAN
      Assistant United States Attorney

      Attorneys for Petitioner
      United States of America

## ORDER

Based upon Petitioner's statement that Respondent has sufficiently complied, this case is hereby closed.

IT IS SO ORDERED.

Dated:   September 28, 2011

CHIEF UNITED STATES DISTRICT JUDGE