BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN (SBN 160502)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioner United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>    v.<br><br>SONIA GOMEZ,<br><br>        Respondent. | Case No. 1:11-cv-00213-AWI-GSA<br><br>**PETITIONER'S NOTICE OF COMPLIANCE AND SUGGESTION TO CLOSE FILE** |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons at issue in the above-captioned tax summons enforcement proceeding. Accordingly, the case can and should be closed.

DATED: September 28, 2011        Respectfully submitted,

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

                                        By:   */s/ Glen F. Dorgan*
                                                     GLEN F. DORGAN
                                                            Assistant United States Attorney

                                                            Attorneys for Petitioner
                                                            United States of America

1            ORDER

2     Based upon Petitioner's statement that Respondent has sufficiently complied, this case is
3 hereby closed.
4 IT IS SO ORDERED.

5
  Dated:    September 28, 2011
6                                    CHIEF UNITED STATES DISTRICT JUDGE